UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 4:24-CR-037** |
| v. : | |
| **EUGENE THOMAS,** : | |
| <u>**Defendant.**</u> : | |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Eugene Thomas pursuant to Federal Rule of Criminal Procedure 48(a).[1] The Government has learned of certain items of potentially discoverable materials, including recordings containing statements made by the Defendant, that have not been provided to counsel for the Defendant in compliance with Rule 16 of the Federal rules of Criminal Procedure. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1, and hereby ORDERS that the pending Indictment against Defendant Eugene Thomas be DISMISSED without prejudice.

**SO ORDERED**, this 11th day of March, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] The Court has confirmed with Defendant's counsel that he does not oppose the motion and has no objection to the form or substance of this Order.